Tim Dooley
Law Office of Tim Dooley
921 West Sixth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 279-7327
Fax   : (907) 258-0801
e-mail: timdooley@ak.net;
        barbdooley@ak.net

Attorney for Defendant Eugene Warner

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>        Plaintiff,                  )<br>   vs.                              )<br>                                     )<br>EUGENE GEORGE WARNER,                )<br>a/k/a Eugene George Warner,          )<br>a/k/a Eugene Three Rivers Warner,    )<br>                                     )<br>        Defendant.                    )<br>                                     ) | Case No. 3:07-cr-00123-RRB-JDR<br><br>**NOTICE OF INTENT<br>TO CHANGE PLEA** |

    1.    Eugene Warner gives notice that he intends to change his plea pursuant to a settlement agreement reached with the U.S. Attorney's Office. The settlement agreement will be put in writing in the coming week. The settlement contemplates a guilty plea to Count I pursuant to a Rule 11 agreement.

                                            DATED 5 July, 2009
                                            s/ Timothy D. Dooley
                                            921 West Sixth Avenue, Suite 200
                                            Anchorage, Alaska 99501
                                            Phone: (907) 279-7327
                                            Fax   : (907) 258-0801
                                            Alaska Bar No. 8310114

CERTIFICATE OF SERVICE:

     I, Tim Dooley, certify that on 5 July 2009, I filed the foregoing document with the United States District Court Electronic Case Management (CM/ECF) System which will file one copy by e-mail on Assistant US Attorneys Ms. Andrea Steward, Mr. Thomas Bradley, Mr. Crandon Randell, and Ms. Mary Geddes, attorney for defendant Lorna Kehaulani Warner.

                                                        s/Timothy D. Dooley
                                                         ABA# 8310114